DOUGLAS KEITH KERWOOD, APPELLEE, V. DENISE JOANN
KERWOOD, APPELLANT.

361 N.W.2d 537

Filed February 1, 1985.   No. 84-531.

David L. Kimble of Souchek & Kimble, for appellant.

Robert I. Blevens of Blevens, Blevens & Jacobs, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE,
SHANAHAN, and GRANT, JJ.

PER CURIAM.
The instant appeal involves a domestic relations matter.
The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.